**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL FEINSTEIN,<br><br>  Plaintiff and Counter-Defendant,<br><br>  vs.<br><br>FIRST REPUBLIC SECURITIES COMPANY, LLC and FIRST REPUBLIC INVESTMENT MANAGEMENT, INC.,<br><br>  Defendants and Counterclaimants<br><br>FIRST REPUBLIC BANK,<br><br>  Counterclaimant. | Case No.: 3:25-cv-10928-AMO<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE SCHEDULED FOR JUNE 18, 2026<br><br><br>Judge:  Hon. Araceli Martínez-Olguín<br>Date:  Date:  June 18, 2026<br>Time:  10:00 a.m.<br>Ctrm:  10<br>Place:  United States Courthouse<br>    450 Golden Gate Avenue<br>    San Francisco, CA 94102<br>    Courtroom 10<br><br>Before:  Hon. Aracelli Martínez-Olguín |

# [PROPOSED] ORDER AS MODIFIED BY THE COURT

Upon consideration of the Joint Stipulation to Continue the Initial Case Management Conference filed by all Parties, and good cause appearing, IT IS HEREBY ORDERED that:

1.  The Initial Case Management Conference currently scheduled for June 18, 2026 is continued to Thursday, June 25, 2026 at 10:00 a.m., or as soon thereafter as is convenient for the Court.

2.  The Parties may participate in the Initial Case Management Conference via video conference.

3.  The Parties shall file their Joint Case Management Statement no later than June 18, 2026 by noon that day, which is seven (7) days in advance of the rescheduled Initial Case Management Conference.

IT IS SO ORDERED.


DATED:  5/29/2026

_____
HON. ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT COURT

[Proposed] Order Granting Joint Stipulation to Continue Case Management Conference
25-cv-10928-AMO