UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Paul Feinstein                    ,

Plaintiff(s),

v.

First Republic Securities Co        ,

Defendant(s).

Case No. 3:25-cv-10928-AMO

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Ross B. Intelisano        , an active member in good standing of the bar of New York                    , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Paul Feinstein            in the above-entitled action. My local co-counsel in this case is Brandon S. Reif            , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 214706         .

350 Fifth Ave., Ste. 4640, N.Y., NY 10118
MY ADDRESS OF RECORD

212-696-1999
MY TELEPHONE # OF RECORD

ross@laxneville.com
MY EMAIL ADDRESS OF RECORD

315 S. Beverly Dr., Ste. 315, Beverly Hills, CA 90212
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

310-494-6500
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

breif@reiflawgroup.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2689909      .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0      times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/5/2026

Ross B. Intelisano
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _Ross B. Intelisano_ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/18/2026

HON. ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

Updated 11/2021

2